MARJORIE MULLIGAN, Respondent, v. NEW YORK UNIVERSITY, Defendant. Impleaded with YOUNG MEN'S CHRISTIAN ASSOCIATION, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion.

The date for the discovery and inspection to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.